BEFORE THE THIRD DIVISION, OCTOBER 28, 1942

No. 47678.—Protest 74998–K of Balfour, Guthrie & Co. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of Pacific Trading Co. v. United States (8 Cust. Ct. 221, C. D. 610), the claim at 10 percent under paragraph 1558 was sustained.

No. 47679.—Petition 6323–R of M. Reischmann & Son, Inc. (New York).

Opinion by EKWALL, J. It appeared in this case that a representative of the importing firm conferred with the examiner as to the correct value but was unable to secure any information and that subsequent to entry he had several discussions but they disagreed as to the correct value. Appeals to reappraisement were filed, but no testimony was produced in rebuttal. From the evidence presented the court was of the opinion that there was no intent on the part of the importer to defraud the Government. The petition was therefore granted.

No. 47680.—Petition 6265–R of Allied Chemical & Dye Corp., etc. (New York).

Opinion by EKWALL, J. The merchandise, sulforidinolate DC, was entered on the basis of foreign-market value under section 402 (c), Tariff Act of 1930, and appraised on the basis of cost of production under section 402 (f). From the testimony it appeared that a representative of the importing corporation consulted with the Government examiner and the appraiser but was unable to secure any information as to value other than the foreign value which had been previously agreed upon. The only point of disagreement was on an item of profit. An appeal was filed but later abandoned. On the record presented it was found there was no intent to defraud the Government or to conceal the facts from the Government officials. The petition was therefore granted.